**Theresa Catherynne W. PRYOR–KENDRICK, Appellant,**

v.

**Judge Tom KEITH; Robert Scott Parks, Public Defender; Attorney Blythe Whiteherd; Mark Burnthall, Probation/Parole Officer, Appellees.**

No. 07–1353.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 5, 2007.

Filed: Nov. 8, 2007.

---

Theresa Catherynne W. Pryor–Kendrick, Newport, AR, pro se.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Theresa Pryor–Kendrick appeals the district court's[1] dismissal of her 42 U.S.C. § 1983 action. We decline to appoint appellate counsel, and we conclude that dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendation of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, now retired.